IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEMEL WILLIAMS,** | : | Civil No. 1:19-cv-0085 |
| **Plaintiff,** | : | |
| v. | : | |
| **McCLEAF, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation filed by Magistrate Judge Carlson in which he recommends that two Defendants, the Pennsylvania State Police and Magisterial District Judge Eyer, be dismissed based on the Eleventh Amendment and judicial immunity, respectively. (Doc. 7.) Objections to the report and recommendation were due on January 31, 2019, but Plaintiff has not filed the same. The Magistrate Judge has thoroughly discussed the law applicable to the Eleventh Amendment and judicial immunity and this court concurs in the recommendation.

**IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 7) is adopted;

2) Magisterial District Judge Eyer and the Pennsylvania State Police are dismissed from this action; and

3) This matter is remanded to Magistrate Judge Carlson for further proceedings.

                                                   s/Sylvia Rambo  
                                                  SYLVIA H. RAMBO  
                                                  United States District Judge

Dated: February 6, 2019